Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# RECEIVED UNITED STATES DISTRICT COURT

MAR **1 3** 2023

for the

Eastern District of Missouri

**BY MAIL**

_____ Division

| | | |
|---|---|---|
| Rosalind D. Harris | ) | Case No. |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| City of Ferguson Missouri, Ferguson Police | ) | |
| Department, Bernadette C. Harris, | ) | |
| KMOV TV | ) | |
| Gray Media LLC | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rosalind D. Harris |
| Street Address | 61 Wayside Dr. |
| City and County | Ferguson and St. Louis County |
| State and Zip Code | Missouri 63135 |
| Telephone Number | 314-521-7964 |
| E-mail Address | rdh221@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

| | |
|---|---|
| Name | City of Ferguson and Ferguson Police Department |
| Job or Title *(if known)* | |
| Street Address | 110 Church Street |
| City and County | Ferguson, St. Louis County |
| State and Zip Code | MO 63135 |
| Telephone Number | 314 -521-7721 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | KMOV TV |
| Job or Title *(if known)* | |
| Street Address | One Memorial Drive |
| City and County | St. Louis, and St. Louis County |
| State and Zip Code | MO 63102 |
| Telephone Number | 314-621-4444 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Gray Television, Inc |
| Job or Title *(if known)* | |
| Street Address | 4370 Peachtree Rd, NE, Ste. 400 |
| City and County | Atlanta and Fulton County |
| State and Zip Code | Georgia 30319 |
| Telephone Number | 404-266-833 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Bernadette C. Harris |
| Job or Title *(if known)* | |
| Street Address | 61 Wayside Dr. |
| City and County | Ferguson St. Louis County |
| State and Zip Code | Missouri 63135 |
| Telephone Number | 314-522-1742 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 USC Sec. 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$5, 000,000,000 Ferguson community policing is forcing association with government on me. I allege Bernadette Harris assists them, KMOV and its parent Gray Media assisted as well with poor broadcast filtration

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

My residence, 61 Wayside Dr, Ferguson, MO 63135

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Since last year (at least) excessive electromagnetic current has violated my privacy. It has caused me to stiffen, bruise and fall. The Ferguson Police use electromagnetic current to wake me daily and whistle when I enter a room. For example on 2/28/23 @ 12:20 . I allege they plan with the help of Bernadette Harris coughing, their means of communicating through broken HVAC Ducts. She alerts them to when I am doing anything so that they can make the floor swell. Making it hard to walk. With KMOV and its parent company Gray Television video evidence shows a lack of broadcast filtration on 6 22 2022. This was a privacy violation and nuisance.

C.   What are the facts underlying your claim(s)?   *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

At 61 Wayside I endure ongoing electrical interference. I have followed FCC Consumer Guidance and called my power company for assistance with abatement because of the danger. Since August of 2022 they have tried to drive Ferguson Police off their lines to no avail. The excessive magnetism has been debilitating. This violation of my privacy is a product of the city of Ferguson's community policing program. Ongoing undue surveillance is violating my right to enjoy standard American customs in the house I pay to live in. On a daily basis they are harassing. The police officers assigned to live around 61 Wayside do this under the direction of the head of policing and the city. I have contacted Ameren Electric to abate it., they have heard it. Bettie J Harris the property owner is disturbed by this behavior as well.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Ferguson's Community Policing on my residential property with alleged inside help is a continuing and ongoing violation to my civil right to associate with government. It has caused me illness and ongoing injury. It is an ongoing violation of my right to due process, because over personalization of the resident to government relationship has lead to a lack of respect on both sides. This behavior of these people, the police, KMOV, Gray Television and allegedly Bernadette Harris has and is stigmatizing me.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests immediate removal of squeaking electromagnetic patrols from 61 Wayside Dr. and the removal of 55 and 67 Wayside Dr. community police. The harassers live with me and around me. I want them to stop trashing 61 Wayside for amplification. I want $2,500,000 from The city of Ferguson, it has violated my privacy and injured me. $2,000,000 from KMOV and Gray Television, Inc., they have enabled auditory spying on my private property. $500,000 from Bernadette C. Harris because she has actively worked to place me under ongoing surveillance with the Ferguson police when I have done nothing that justifies it. All of these claims are punitive.

**VI.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/07/2023

Signature of Plaintiff

Printed Name of Plaintiff     Rosalind D. Harris

**B.** **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address