## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ROSALIND D. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CV-311 SRW |
| | ) | |
| CITY OF FERGUSON, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court upon review of the file. On May 23, 2023, the Court ordered Plaintiff to serve Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure, and provided Plaintiff with the proper Court forms and instructions to do so. ECF No. 4. The Court warned Plaintiff that a failure to properly serve a Defendant will result in the dismissal of Plaintiff's claims against that Defendant without prejudice, unless Plaintiff demonstrates good cause for the failure. Plaintiff had until June 23, 2023 to comply.

On July 27, 2023, the Court reviewed this action and issued a second Order indicating that Plaintiff had yet to serve any of the Defendants. ECF No. 5. In consideration of her self-represented status, Plaintiff was directed to provide the Court with proof of service no later than August 26, 2023, or her complaint would be dismissed. ECF No. 5.

Plaintiff has failed to comply with both Orders within the time required. The Court gave Plaintiff meaningful notice of what was expected, cautioned her that this action would be dismissed if she failed to timely comply, and gave her additional time to comply. Rule 4(m) of the Federal Rules of Civil Procedure states, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss

the action without prejudice against that defendant[.]" Therefore, this action will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 4(m).

**IT IS HEREBY CERTIFIED** that an appeal from this order of dismissal would not be taken in good faith.

Dated this 18th day of September, 2023.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**